**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In Re: Carmona, Miguel A.             Case No. 16-15445-RAM
       Debtor                                        Chapter 13
_____/

**MOTION TO DECLARE TENANCY BY THE ENTIRETIES**

Debtor, Miguel A. Caromana, by and through his undersigned counsel, respectfully moves this court to enter an order declaring the Debtor and his non-filing spouse as tenants by the entireties of the properties listed as such in the Schedule C of the Debtor's Bankruptcy proceedings, and as an as grounds therefor, respectfully states as follows:

1. The debtor and his non-filing spouse were married on May 29, 1987.

2. Debtor and his non-filing spouse have been married continuously since that date, live together and jointly own, use and enjoy all of the property described below.

3. The following properties were claimed as exempt in Schedule C, as tenancy by the entireties properties:

     a. Household goods and furnishing;

     b. Electronics: 1 television set, 1 VCR-DVD.

4. All of these properties have been acquired during the marriage between Debtor and his non-filing spouse.

5. Pursuant to 11 U.S.C. Section 522 (b) (3)(B) "any interest in property in which the debtor had, immediately before the commencement of the case, an interest as a tenant by the entirety or joint tenant to the extent that such interest as a tenant by the entirety or joint tenant is exempt from process under applicable nonbankruptcy law".

6. Under Florida Law, entireties property is exempt from process to satisfy debts owed to individual creditors of either spouse... " In Re Monzon, 214 B.R. at 40-41.

7. The Florida Supreme Court's seminal opinion on establishing tenancy by the entireties ownership of personal property is Beal Bank, SSB v. Almand and Associates, 780 So.2d

45 (Fla. 2001). As described by the Court: " Property held as a tenancy by the entireties possesses six characteristics: 1) unity of possession (joint ownership and control; 2) unity of interest (the interest in the account mus be identical); 3) unity of title (the interest must have originated in the same instrument); 4) unity of time (the interest must have commenced simultaneously); 5) survivorship; and 6) unity of marriage (the parties must be married at the time the property became titled in their joint names).

8. Debtor's continuous marriage with his non-filing spouse, acquisition of the described property during the marriage, joint use and enjoyment of the property all establish that the described property is tenancies by the entireties property.

WHEREFORE, the Debtor respectfully request that the Court grant this Motion and enter an order declaring the Debtor and his non-filing spouse as tenants by the entireties of the properties listed as such in the Schedule C (Exhibit A) of the Debtor's Bankruptcy proceedings.

Respectfully submitted,
_____/s/_____
By:    Juan F. Alban,
          FBN 109606

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was delivered via ECF and/or mailed, postage prepaid, this June 27, 2016: to Chapter 13 Trustee, U.S. Trustee Office and all Creditors.

_____/s/_____
By:    Juan F. Alban